## BRADLEY v. GERMAN AMERICAN INSURANCE COMPANY, Appellant.

### Division One, June 12, 1901.

TRANSFERRED TO THE KANSAS CITY COURT OF APPEALS FOR THE REASONS GIVEN IN BRADLEY V. MILWAUKEE MECHANICS INSURANCE COMPANY, PAGE 555, THIS VOLUME.

ROBINSON, J.—This case is identical in all its essential features with its companion case of Bradley v. Milwaukee

Mechanics Insurance Co., page 553, this volume, which is ordered transferred to the Kansas City Court of Appeals, and for the same reason given in that case this case is also ordered transferred to the same court.